

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                            Criminal No. 04-154-PB

**Shawn M. Caron**

O R D E R

The defendant has moved to continue the September 7, 2005 trial in the above case. Defendant cites the need for additional time to finalize a negotiated plea agreement in light of defendant's medical issues. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize the plea agreement or properly prepare for trial, the court will continue the trial from September 7, 2005 to November 1, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

The August 31, 2005 final pretrial conference is continued until October 20, 2005 at 4:30 p.m.

SO ORDERED.

Paul Barbadoro
United States District Judge

Sept 1
~~August 31~~, 2005

cc: Jonathan Saxe, Esq.
    Clyde Garrigan, Esq.
    United States Probation
    United States Marshal

2