**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                               Criminal No. 04-cr-154-01-PB

<u>Shawn Caron</u>

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148. Caron was given tighter bail restrictions in December after two dirty urines. He has now violated again by failing to attend four drug treatment sessions and eight urine drop "call-ins". Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions. The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On

order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                /s/ James R. Muirhead
                                James R. Muirhead
                                United States Magistrate Judge

Date: January 24, 2006

cc:    Clyde R.W. Garrigan, Esq.
       Jonathan R. Saxe, Esq.
       U.S. Marshal
       U.S. Probation